SUPERIOR COURT OF CALIFORNIA, COUNTY OF ORANGE, CENTRAL DISTRICT

Steven Oppegard,
Plaintiff,
vs.
BANK OF AMERICA, N.A.; WELLS FARGO BANK, N.A.; WELLS FARGO BANK, N.A., AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF BANC OF AMERICA MORTGAGE SECURITIES, INC., ALTERNATIVE LOAN TRUST 2007-2, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-2; LAWYERS TITLE CO.; COMPUTERSHARE TRUST COMPANY; NATIONSTAR MORTGAGE LLC AKA MR. COOPER; SPECIALIZED LOAN SERVICING (SLS).; QUALITY LOAN SERVICE CORP.; MCCARTY & HOLTHUS, LLP.; AND DOES 1 THROUGH 50, INCLUSIVE,
Defendants.

Case No.: 2:24-cv-03702-FMO-(RAOx)

COMPLAINT FOR:

TRESPASS
QUIET TITLE
CANCELLATION OF FRAUDULENT DEBT



FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

MAY - 2 2024

CENTRAL DISTRICT OF CALIFORNIA
BY            DEPUTY

INTRODUCTION

Steven Oppegard (the "Plaintiff") brings this action against the above-named Defendants who have engaged in wrongful and fraudulent conduct affecting Plaintiff's property rights. This complaint seeks redress for trespass, to quiet title, and to cancel fraudulent debt incurred through deceptive and unlawful practices perpetrated by Defendants.

JURISDICTION AND VENUE

Jurisdiction is proper in this Court under California law, as this case involves real property located within the County of Orange. Venue is appropriate in this Court as the property and acts giving rise to this complaint occurred within this judicial district.

PARTIES

Plaintiff, Steven Oppegard, is an individual residing at 3461 Windspun Drive, Huntington Beach, California 92649, and is the lawful owner of the property in question.
Defendants include national banking associations and mortgage servicing companies that operate within California and are involved in the mortgage industry.
Does 1 through 50 are fictitious entities whose identities will be determined through discovery and subsequently named herein.

FACTUAL ALLEGATIONS

Plaintiff is the owner of the property located at Lot 49, Tract 5483, City of Huntington Beach, County of Orange, recorded in Book 385, Pages 1-4 of Miscellaneous Maps, excluding certain subsurface rights.
Plaintiff was induced into a mortgage transaction by Defendants through public advertisements falsely promising legitimate financing. Defendants failed to provide any real funds or disclose the terms of the securitization of the alleged loan, contrary to U.S. Treasury Regulations and Federal Law.
During the mortgage closing, Plaintiff was coerced into signing numerous documents without adequate time for review and without legal representation, under misleading assurances from Defendants that legal representation was unnecessary.
Plaintiff has since discovered that the Defendants mishandled his promissory note either by unlawfully converting it for their financial gain or by using it as collateral without legal authority or Plaintiff's consent.

Defendants' conduct constitutes fraudulent inducement, as they never intended to provide a lawful lending service but rather aimed to profit from the securitization and manipulation of Plaintiff's promissory note and mortgage.

These actions by Defendants have led to significant financial and emotional distress for Plaintiff, clouding the title of his property and threatening his ownership through potential foreclosure based on a void and fraudulent mortgage transaction.

FIRST CAUSE OF ACTION: TRESPASS (Against All Defendants)

Plaintiff re-alleges and incorporates by reference all preceding paragraphs. Defendants' claims against Plaintiff's property are without any lawful basis, constituting trespass to Plaintiff's title and possessory rights.

SECOND CAUSE OF ACTION: QUIET TITLE (Against All Defendants)

Plaintiff re-alleges and incorporates by reference all preceding paragraphs. Plaintiff seeks a judicial declaration that he is the sole owner of the property, free from any claims by Defendants.

THIRD CAUSE OF ACTION: CANCELLATION OF FRAUDULENT DEBT (Against All Defendants)

Plaintiff re-alleges and incorporates by reference all preceding paragraphs. Plaintiff asserts that the debt claimed by Defendants is based on a fraudulent and void contract, requiring cancellation and discharge of any alleged debts or securities issued based upon it.

PRAYER FOR RELIEF

Plaintiff prays for the following relief:

A declaratory judgment affirming Plaintiff as the sole and rightful owner of the property, free from any claims or liens by Defendants.

An injunction preventing Defendants from asserting any claims to the property or conducting any foreclosure activities.

Cancellation and discharge of any alleged debts or securities fraudulently issued based on the void mortgage transaction.

Compensatory and punitive damages for the fraud, trespass, and other wrongful acts committed by Defendants.

Attorney's fees, costs of this action, and any other relief deemed just and proper by the Court.

DATED: 5/02/2024

[Plaintiff's Signature]
Steven Oppegard, In Propria Persona

VERIFICATION

I, Steven Oppegard, declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, executed in Huntington Beach, California.

DATED: 5/02/2024

[Plaintiff's Signature]
Steven Oppegard