FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

MAY - 2 2024

CENTRAL DISTRICT OF CALIFORNIA
BY ____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Steven P Oppegard

PLAINTIFF/PETITIONER

V.

BANK OF AMERICA, N.A.   Originating Bank
100 N Tyron Street
Charlotte, NC 28255

DEFENDANT/RESPONDENT

CASE NUMBER

2:24-cv-03702-FMO-(RAOx)

REQUEST TO PROCEED IN FORMA PAUPERIS WITH DECLARATION IN SUPPORT

I, Steven P Oppeard _____ declare under penalty of perjury, that the foregoing is true and correct; that I am the petitioner/plaintiff in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs or give security therefore, I state that because of my poverty I am unable to pay the costs of said proceedings or to give security therefore and that I am entitled to redress.

I further declare under penalty of perjury that the responses which I have made to the questions and instructions below are true, correct and complete.

1. Are you currently employed?  ☐ Yes   ☒ No

    a. If the answer is yes, state the amount of your salary or wages per month, and give the name and address of your employer: _____

    b. If the answer is no, state the date of last employment and the amount of the salary and wages per month which you received. 12/30/2021

2. Have you received, *within the past twelve months*, any money from any of the following sources?

    Public benefits?                                         ☐ Yes  ☒ No
    Business, profession or form of self-employment?         ☐ Yes  ☒ No
    Rent payments, interest or dividends?                    ☐ Yes  ☒ No
    Pensions, annuities or life insurance payments?          ☐ Yes  ☒ No
    Gifts or inheritances?                                   ☐ Yes  ☒ No
    Any other income (other than listed above)?              ☐ Yes  ☒ No
    Loans?                                                   ☐ Yes  ☒ No
    Any other income (other than listed above)?              ☐ Yes  ☒ No

    If the answer to any of the above is yes, describe such source of money and state the amount received from each source during the past twelve (12) months: _____

3. Do you own any cash, or do you have money in a checking or savings account? (include any funds in prison accounts, if applicable)   ☐ Yes   ☒ No

   If the answer is yes, identify each account and separately state the amount of money in each account for each of the *six (6) months* prior to the date of this declaration. _____

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?   ☒ Yes   ☐ No

   If you answer is yes, describe the property and state its approximate value: Real Estate $850000, Automobile $1500.

5. In what year did you last file an Income Tax Return? 2021

   Approximately how much income did your last return reflect? $-5480

6. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support: N/A

7. Estimate your average monthly expenses below:

| | | | |
|---|---|---|---|
| Housing | 500 | Credit Cards | 0 |
| Transportation | 50 | Child Care | |
| Food | 100 | Insurance | |
| Medical | | Loans | |
| Utilities | | Other | |

California
_____
State

Orange
_____
County (or City)

I, Steven P Oppegard _____ declare under penalty of perjury that the foregoing is true and correct. Executed on:

5/02/2024
_____
Date

Steven P Oppegard
_____
Plaintiff (Signature)