**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SEVEN OPPEGARD,<br><br>PLAINTIFF(S)<br>v.<br>BANK OF AMERICA, N.A. et al.<br><br>DEFENDANT(S). | CASE NUMBER<br><br>CV24-3702 FMO (RAOx)<br><br>**ORDER TO REASSIGN CASE UPON RECUSAL OF MAGISTRATE JUDGE**<br>☐ FOR DISCOVERY<br>☐ PER GENERAL ORDER 05-07 |

The undersigned Magistrate Judge to whom the above-entitled case was referred, being of the opinion that he/she should not hear said case by reason of:

financial conflict of interest with named party

_____

_____

_____

HEREBY ORDERS the case reassigned by the Clerk in accordance with General Order 05-07.

May 13, 2024                                   _Rozella A. Oliver_
Date                                            United States Magistrate Judge

---

**NOTICE TO COUNSEL FROM THE CLERK**

This case has been randomly referred to Magistrate Judge   A. Joel Richlin  . On all documents subsequently filed in this case, please substitute the initials   AJRx   after the case number in place of the initials of the prior judge, so that the case number will read   2:24-cv-03702-FMO (AJRx)  . This is very important because the documents are routed to the assigned judges by means of these initials

*cc:   Previous Magistrate Judge*